**In re PLASTICS ADDITIVES ANTITRUST LITIGATION.**

Arkema Inc., Appellant at No. 07–2159.

**Rohm & Haas Company, Appellant at No. 07–2418.**

Nos. 07–2159, 07–2418.

United States Court of Appeals, Third Circuit.

Jan. 27, 2009.

Present: SCIRICA, Chief Judge, AMBRO and FISHER, Circuit Judges.

### ORDER

ANTHONY J. SCIRICA, Chief Judge.

It is hereby ordered that the order of the District Court certifying the class is vacated and the case is remanded for further proceedings consistent with this Court's opinion in *In re Hydrogen Peroxide Antitrust Litigation,* 552 F.3d 305 (3rd Cir.2008).